IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS JORDAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SETH WILLIAMS** | : | **NO. 14-6669** |

## ORDER

**AND NOW**, this 29th day of April, 2015, upon consideration of the Motion to Dismiss (Document No. 7) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.